**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
KEVIN J. MEEHAN,

                        Plaintiff,

   - against -

VIPKID; VIPKIDS INTERNATIONAL, INC., aka
VIPKID, aka VIPKID INTERNATIONAL, INC.;
BEIJING DAMI TECHNOLOGY CO., LTD.,
aka BEIJING DA MI TECHNOLOGY CO., LTD.,
aka VIPKID; BEIJING DAMI FUTURE
TECHNOLOGY CO., LTD., aka BEIJING DA
MI FUTURE TECHNOLOGY CO., LTD.;
TENCENT HOLDINGS CO., LTD.; CLOUD &
SMART INDUSTRIES, TENCENT HOLDINGS
LTD., aka CLOUD & SMART INDUSTRIES AT
TENCENT HOLDING LTD.; TENCENT
AMERICA LLC; TENCENT CLOUD LLC;
CHINA RENAISSANCE HOLDINGS LTD.,
aka CHINA RENAISSANCE SECURITIES,
aka CHINA RENAISSANCE; SEQUOIA
CAPITAL OPERATIONS LLC; VIPKID HK
LIMITED; VIPKID CLASS HK LIMITED; and
VIP TEACH INC.,

                        Defendants.
---------------------------------------------------------------X

**JUDGMENT**
CV 20-6370 (JS) (ARL)

      A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on January 25, 2024; adopting the August 29, 2023 Report and Recommendation of United States Magistrate Judge Arlene R. Lindsay its entirety; granting Defendants Tencent America LLC, Tencent Holdings Ltd., and Tencent Cloud LLC's (collectively, the "Tencent Defendants") motion to dismiss; granting Defendants VIPKid, VIPKid International, Inc., Beijing Dami Technology Co., Ltd., and Beijing Dami Future Technology Co., Ltd., (collectively, the "Dami Defendants") motion to dismiss and to compel

arbitration; granting Defendant China Renaissance Holdings Ltd.'s motion to dismiss; granting Defendant Sequoia Capital Operations, LLC's motion to dismiss; finding if Plaintiff has any plausible claims against any of the Defendants, those claims are to be brought properly before an arbitrator; and directing the Clerk of Court to mark this case closed, it is

**ORDERED AND ADJUDGED** that Plaintiff Kevin J. Meehan take nothing of Defendants: that the Tencent Defendants' motion to dismiss is granted; that the Dami Defendants' motion to dismiss and to compel arbitration is granted; that Defendant China Renaissance Holdings Ltd.'s motion to dismiss is granted; that Defendant Sequoia Capital Operations, LLC's motion to dismiss is granted; that if Plaintiff has any plausible claims against any of the Defendants, those claims are to be brought properly before an arbitrator; and that this case is closed.

Dated: January 26, 2024
      Central Islip, New York

                                                  BRENNA B. MAHONEY
                                                  CLERK OF COURT

                              By:    /s/ James J. Toritto
                                      Deputy Clerk